UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN


JOYCE SMITH,

        Plaintiff,                                  Case No.4:05-cv-34

v.                                           Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed July 21, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason(s) stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                 /s/Richard Alan Enslen
August 23, 2006                     Richard Alan Enslen
                                        Senior United States District Judge